# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Corliss Larsen Bauer, | Civil No. 08-6088 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Social Security Administration, | |
| Defendant. | |

___

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and no objections having been filed with respect thereto, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 24, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge